IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40795
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellant,

versus

FREDERICK JOSEPH KING, a/k/a Freddie King,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CR-6-1
- - - - - - - - - -
April 10, 1997
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Frederick King has moved for leave to supplement the record with a copy of the transcript of his detention hearing and with copies of the transcripts of sentencing hearings in other criminal cases. The motion is GRANTED as to the detention hearing transcript and is otherwise DENIED.

The Government appeals the district court's decision to apply the "safety-valve" provision of 18 U.S.C. § 3663(f) in sentencing King. The Government argues that King was not

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

entitled to relief because he had failed to disclose the last name of his drug supplier, or state that he did not know the name.  The district court found that King disclosed what he knew.  This finding was not clearly erroneous.  See United States v. Edwards, 65 F.3d 430, 433 (5th Cir. 1995).  The judgment is

AFFIRMED; MOTION GRANTED IN PART, DENIED IN PART.